AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

RICHARD PIERRE-ANTOINE
35 LOPEZ STREET, APT. 6
CAMBRIDGE, MA 02139

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-816-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  January 12, 2005  in  Middlesex  county, in the District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Bryco Arms Jennings 9mm firearm, bearing serial number 153652, and nine rounds of 9mm ammunition.

in violation of Title  18  United States Code, Section(s)  922(g)(1) .

I further state that I am a(n)  ATF Special Agent  and that this complaint is based on the following facts:
   Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-03-2005  @ 3:00 P.M.   at   Boston, Massachusetts
Date                                                  City and State

United States Magistrate Judge Marianne B. Bowler
Name & Title of Judicial Officer

Marianne B. Bowler, USMJ
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.