AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

RICHARD PIERRE-ANTOINE

**WARRANT FOR ARREST**

CASE NUMBER: MJ# 05-816-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RICHARD PIERRE-ANTOINE
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Bryco Arms Jennings 9mm firearm, bearing serial number 153652, and nine rounds of 9mm ammunition.

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Marianne B. Bowler
Name of Issuing Officer

*Marianne B. Bowler-USMJ*
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

05-03-2005
Date and Location

Bail fixed at $ _____   by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ATF ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/9/05 | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  RICHARD PIERRE-ANTOINE

ALIAS:

LAST KNOWN RESIDENCE:  35 LOPEZ STREET, APT. 6, CAMBRIDGE, MA 02139

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):  00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 0233

HEIGHT: 6-01                                    WEIGHT:

SEX:   Male                                      RACE:   African-American

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:  Bureau of Alcohol, Tobacco, and Firearms