```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )       05CR10147RCL
                            )
        v.                  )    Criminal No.
                            )
RICHARD PIERRE-ANTOINE      )    VIOLATIONS:
                            )    18 U.S.C. §922(g)(1)
                            )    Felon in Possession of
                            )    Firearm and Ammunition
```

## INDICTMENT

**COUNT ONE:** **(18 U.S.C. §922(g)(1) - Felon in Possession of a Firearm)**

The Grand Jury charges that:

On or about January 14, 2005, at Cambridge, in the District of Massachusetts,

**RICHARD PIERRE-ANTOINE,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Bryco Arms, Jennings Nine Model, 9 mm semi-automatic pistol bearing serial number 1536521, and nine rounds of 9 mm ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 15, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
2:40pm

JS 45 (5/97) - (Revised USAO MA 6/19/94)

05 CR 10147 RCL

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** ATF _____

**City** Cambridge _____    **Related Case Information:**

**County** Middlesex _____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    05-816-MBB _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Richard Pierre-Antoine _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   35 Lopez Street, Apt. 6, Cambridge, MA 02139 _____

Birth date (Year only): 75    SSN (last 4 #): ___    Sex M   Race: ___    Nationality: U.S.

**Defense Counsel if known:**   Elliot Weinstein _____    **Address:** 228 Lewis Wharf, Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Christopher F. Bator _____    **Bar Number if applicable** _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**   May 4, 2005 _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/15/05    Signature of AUSA: _____

05 CR 10147 RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Richard Pierre-Antoine

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon-In-Possession of Firearm & Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**