UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )    Criminal No. 05-10147-RCL
                                )
RICHARD PIERRE-ANTOINE          )

**ASSENTED-TO MOTION TO EXCLUDE TIME
FROM JUNE 23, 2005, THROUGH SEPTEMBER 8, 2005**

For the reasons set forth by the parties, and as agreed-to by the parties, at the hearing on June 23, 2005, the United States, with the assent of the defendant, moves pursuant to 18 U.S.C. § 3161(h)(1)(8) to exclude from speedy trial calculations all time from June 23, 2005, up to and including September 8, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                            By: _____
                                CHRISTOPHER F. BATOR
                                Assistant U.S. Attorney

                                Date: 6/24/05

Assented-to:
Richard Pierre-Antoine
by his counsel,

_____
Elliot Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110