UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05-10147-RCL |
| | ) | |
| RICHARD PIERRE-ANTOINE | ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME
FROM SEPTEMBER 8, 2005, THROUGH OCTOBER 20, 2005**

For the reasons set forth by the parties, and as agreed-to by the parties, at the hearing on September 8, 2005, the United States, with the assent of the defendant, moves pursuant to 18 U.S.C. § 3161(h)(1)(8) to exclude from speedy trial calculations all time from September 8, 2005, up to and including October 20, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 9/8/05

Assented-to:
Richard Pierre-Antoine
by his counsel,

_Elliot Weinstein, Esq. (C.F.B.)_
Elliot Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110