UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05-10147-RCL |
| | ) | |
| RICHARD PIERRE-ANTOINE | ) | |

**JOINT MOTION TO EXCLUDE TIME
FROM OCTOBER 20, 2005, THROUGH JANUARY 5, 2006**

For the reasons set forth by the parties at the hearing on November 21, 2005, and as previously agreed-to by the parties, the United States and the defendant move pursuant to 18 U.S.C. § 3161(h)(1)(8) to exclude from speedy trial calculations all time from October 20, 2005, up to and including January 5, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CHRISTOPHER F. BATOR
Richard Pierre-Antoine          Assistant U.S. Attorney
by his counsel,

Date: November 30, 2005

/s/Elliot Weinstein (C.F.B.)
228 Lewis Wharf
Boston, MA 02110