**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CRIMINAL NO. 05-10147-RCL

UNITED STATES OF AMERICA

v.

RICHARD PIERRE-ANTOINE

**FINAL STATUS REPORT**

JANUARY 6, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm, was returned on June 15, 2005;

    2. The defendant was arraigned on the Indictment on June 23, 2005;

    3. The defendant is in custody;

    4. At the time of arraignment, the government estimated it would call five to eight witnesses and that trial would last three to four days;

5. Defense counsel has stated that the case will likely be resolved by way of a plea;

6. The parties have agreed to exclude the time up to and including the date of the first pretrial conference held before the district judge;

7. This case is hereby returned to the district judge to whom the case is assigned.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE