UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                CR. NO. 05-10147

RICHARD PIERRE ANTOINE

MOTION FOR PRE-PLEA PRESENTENCE REPORT

Defendant Richard Pierre Antoine, by his attorney, moves that this Court authorize a presentence investigation and report pursuant to Rule 32, Rules of Criminal Procedure and 18 U.S.C. §3552 prior to scheduling a Rule 11 hearing.

Defendant submits that this procedure will further the interests of justice and permit him to make an informed decision regarding final resolution of the indictment.

RICHARD PIERRE ANTOINE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

January 17, 2006