UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 05-10147

RICHARD PIERRE ANTOINE

MOTION FOR EXPENSE FUNDS - FORENSIC EXPERT

Defendant Richard Pierre Antoine, by his attorney, moves that this Court authorize expense funds not to exceed $2,500.00 to hire the expert services of a forensic psychologist or psychiatrist to evaluate defendants mental status as it is relevant to a proper preparation of his defense including a defense to the merits of the indictment and, contingently, as an aid in sentencing.

Defendant has been determined to be indigent and is represented by counsel appointed pursuant to the criminal justice act.

RICHARD PIERRE ANTOINE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

January 17, 2006