UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 05-10147-RCL |
| ) | |
| RICHARD PIERRE-ANTOINE ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME
FROM JANUARY 6, 2006, UNTIL THE NEXT HEARING
<u>BEFORE THE DISTRICT JUDGE</u>**

For the reasons set forth by the parties at the hearing on January 6, 2006, and as previously agreed-to by the parties, the United States, with the assent of the defendant, moves pursuant to 18 U.S.C. §3161(h)(1)(8) to exclude from speedy trial calculations all time from January 6, 2006, until the next hearing before the District Judge.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: February 9, 2006

Assented-to:
Richard Pierre-Antoine
by his counsel,

/s/Elliot Weinstein (C.F.B.)
228 Lewis Wharf
Boston, MA 02110